Pro Se Clerk's Office
U.S. DISTRICT COURT
300 STATE Street
Suite 120
Springfield, MA 01105-2919

Steven L Smith
UNIT B1
Worcester Recovery
Center Hospital
309 Belmont Street

4-19-21

Dear Pro Se Clerk:

Hello!

Please find enclosed Civil Action. I have not had any funds since the last/recent lawsuit I filed. I'm also at the Worcester Recovery Center Hospital which doesn't keep records of "our" account activity — But I've had ZERO money since I've been here.

Please utilize prior FORMA PAUPERIS Forms and Account Activity to process the enclosed.

Thank-you

[signature]